UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 19, 2012

Nos. 11-4540 & 12-1103

UNITED STATES OF AMERICA

v.

JOEL BERBERENA,
Appellant in 11-4540
_____

UNITED STATES OF AMERICA

v.

DENROY GAYLE,
Appellant in 12-1103
(E.D. Pa. Nos. 01-cr-00363-019 & 05-cr-00357-001)

Present: RENDELL, SMITH and BARRY, Circuit Judges

Letter Motion by Appellant Joel Berberena in 11-4540 and Appellant
Denroy Gayle in 12-1103 to Amend the Opinion Dated 09/11/2012.

Respectfully,
Clerk/pdb for smw

_____ORDER AMENDING OPINION_____

The foregoing motion is hereby GRANTED. The precedential opinion filed on
September 11, 2012 in the above referenced cases is hereby AMENDED to reflect that
Christy Unger, Esq. "[ARGUED]" these cases on behalf of Messrs. Berberena and Gayle.
Also, please remove the word "[ARGUED]" next to Sarah S. Gannett, Esq., in the
caption of the opinion in this case.

By the Court,

/s/Marjorie O. Rendell
Circuit Judge

Dated: September 26, 2012
Smw/cc:    Bernadette A. McKeon, Esq.
           Sarah S. Gannett, Esq.
           Brett G. Sweitzer, Esq.
           Christy Unger, Esq.



A True Copy:

Marcia M. Waldron, Clerk